UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR21-182-RSL |
| Plaintiff, | |
| v. | **ORDER OF FORFEITURE** |
| ALEX CHIEU NGUYEN, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Order of Forfeiture ("Motion") seeking to forfeit, to the United States, Defendant Alex Chieu Nguyen's interest in the following property:

A judgment for a sum of money in the amount of at least $148,017.40,

representing the proceeds Defendant Alex Chieu Nguyen obtained as a result of

Wire Fraud, in violation of 18 U.S.C. § 1343.

Defendant has acknowledged that the forfeited sum is separate and distinct from the restitution ordered in this case. The United States has agreed, however, to ask the Attorney General to apply any amounts it collects toward satisfaction of the forfeited sum to the restitution that is ordered. The United States has further agreed that any amount Defendant pays toward restitution will be credited against the forfeited sum.

Order of Forfeiture - 1
*United States v. Alex Chieu Nguyen,* CR21-182-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS an Order of Forfeiture is appropriate for the following reasons:

- The proceeds of Wire Fraud, in violation of 18 U.S.C. § 1343, are forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c);

- In his Plea Agreement, Defendant agreed to forfeit, pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c), the above-identified judgment for a sum of money, as it represents the proceeds he obtained as a result of such offense, Dkt. No. 23, ¶ 13; and,

- This sum of money is personal to the Defendant; pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1), no third-party ancillary process is required before forfeiting it.

NOW, THEREFORE, THE COURT ORDERS:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c), and his Plea Agreement, Defendant's interest in the above-identified judgment for a sum of money is fully and finally forfeited, in its entirety, to the United States;

2. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)–(B), this Order will become final as to the Defendant at the time he is sentenced; it will be made part of the sentence; and it will be included in the judgment;

3. No right, title, or interest in this sum of money exists in any party other than the United States;

4. Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this sum of money, in whole or in part, the United States may move to amend this Order, at any time, to include substitute property having a value not to exceed this sum of money; and,

//

Order of Forfeiture - 2
*United States v. Alex Chieu Nguyen,* CR21-182-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5. The Court will retain jurisdiction in this case for the purpose of enforcing this Order, as necessary.

IT IS SO ORDERED.

DATED this  5th  day of  July , 2022.

*[signature]*
THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Jehiel I. Baer*
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Jehiel.Baer@usdoj.gov

Order of Forfeiture - 3
*United States v. Alex Chieu Nguyen,* CR21-182-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970