THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>ALEX NGUYEN,<br><br>            Defendant. | No. CR21-182-RSL<br><br>ORDER GRANTING THE UNOPPOSED MOTION TO PROCEED WITH SENTENCING BY VIDEO OR TELEPHONIC HEARING |

THE COURT has considered Mr. Nguyen's unopposed motion to proceed with a sentence hearing by video or telephonic hearing, along with all the records and files in this case.

THE COURT FINDS that a video or telephonic guilty plea hearing should take place as soon as practical because further delays in this case would cause "serious harm to the interests of justice." *See* General Orders No. 04-20 (3/30/20) and 05-22 (3/22/22).

THE COURT ORDERS that a sentence hearing be scheduled by teleconference on October 20, 2022.

DONE this 11th day of October, 2022.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Alex Nguyen

ORDER TO PROCEED WITH GUILTY PLEA
BY VIDEO OR TELEPHONIC HEARING
(*USA v. Nguyen* / CR21-182-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100