JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALEX NGUYEN,<br><br>　　　　　Defendant. | No. CR21-182-RSL<br><br>ORDER GRANTING MOTION TO RETURN DEFENDANT'S PASSPORT |

THIS MATTER comes before the Court on Alex Nguyen's motion to return his passport to Mr. Nguyen or an agent of the Office of the Federal Public Defender. The Court has reviewed the motion and records in this case.

IT IS NOW ORDERED that the Clerk of the Court release Mr. Nguyen's passport to Mr. Nguyen or an agent of the Office of the Federal Public Defender.

DONE this 10th day of November, 2022.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Alex Nguyen

ORDER TO RETURN
DEFENDANT'S PASSPORT
(*U.S. v. Alex Nguyen*, CR21-182-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100