THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR21-182-RSL |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING UNOPPOSED |
| v. | ) | MOTION TO TRAVEL OUTSIDE THE |
| | ) | DISTRICT OF VIRGINIA |
| ALEX NGUYEN, | ) | |
| Defendant. | ) | |

THE COURT has considered Mr. Nguyen's new request, presented through Assistant Federal Public Defender Greg Geist, for permission to travel outside the District of Virginia for employment purposes, along with all the records and files in this case.

THE COURT FINDS that good cause exists and GRANTS Mr. Nguyen's request to allow Mr. Nguyen to travel outside the District of Virginia to Raleigh, North Carolina each weekend (Friday through Sunday) from January 13 through January 15, 2023. Mr. Nguyen must adhere to any probation restrictions and guidelines.

All other conditions of supervision remain in place.

DATED this 11th day of January, 2023.

*Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER GRANTING UNOPPOSED MOTION
TO TRAVEL OUTSIDE DISTRICT
(*USA v. Nguyen* / CR21-182-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**